UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRMA C. ALFARO, ) <br> ) <br> Plaintiff, ) <br> ) NO. CV-08-113-CI <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) **JUDGMENT IN A** <br> Commissioner of Social Security, ) **CIVIL CASE** <br> ) <br> Defendant. ) <br> _____) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceedings, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 13th day of February, 2009.

JAMES R. LARSEN  
District Court Executive/Clerk

s/ L. Stejskal  
Deputy Clerk